AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:23-CV-02165-ER

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* API International Consulting Group, Inc.
was received by me on *(date)* April 6, 2023

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: I left the summons at API International Consulting, 175 South Third St. Suite 200, Columbus, OH with Sarah, a person of suitable age and discretion who works there, on April 11, 2023 at 2:22PM.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 4-11-2023

*Server's signature*

Samuel King, Licensed Private Investigator at CDA, Inc.
*Printed name and title*

1696 Brice Rd. Reynoldsburg, OH 43068.
*Server's address*

Additional information regarding attempted service, etc: