AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:23-CV-02165-ER

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Stephen Komoreck**

was received by me on *(date)* **6-1-23**.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* **William Ingram Co Res. at 3183 Jermill Rd. Wellstmyth Oh 45692**, a person of suitable age and discretion who resides there, on *(date)* **6-22-23  11 AM**, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **6-22-23**

*Rev Tony Hodge*
Server's signature

**REV. TONY HODGE P.I. AGENT**
Printed name and title

**1695 Franklin ave. Col., Oh 43205**
Server's address

Additional information regarding attempted service, etc: